# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 4/22/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 11:13:27 AM
CHRISTOPHER A. PRINE
Clerk

TO:      1ST COURT OF APPEALS

From:    **Deputy Clerk: MICHELLE LOPEZ**
         **Chris Daniel, District Clerk**
         **Harris County, T E X A S**

CAUSE:   2014-35653

VOLUME _____   PAGE _____   OR   IMAGE # 64649694

DUE 4/12/2015           ATTORNEY PRO-SE

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 1ST**

**DATE JUDGMENT SIGNED:   3/16/2015**

**MOTION FOR NEW TRIAL FILED   N/A**

**REQUEST TRANSCRIPT DATE FILED   N/A**

**NOTICE OF APPEAL DATE FILED   4/2/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )   10**

**FILE ORDERED:   YES ☐   NO ☒   IMAGED FILED:   YES ☒   NO ☐**

**CODES FOR NOTICE OF APPEAL:   BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:   /s/MICHELLE LOPEZ
      **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

CAUSE NO. 2014-35653

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS | § | IN THE DISTRICT COURT |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MAXINE ADAMS | § | |
| CECIL ADAMS | § | 269th JUDICIAL DISTRICT |
| REBECCA ROSS | § | |
| KATHLEEN KEESE | § | |
| CHRISTOPHER A. PRINE, and | § | |
| STATE OF TEXAS | § | |
| *Defendants* | § | |
| | § | |

## NOTICE OF APPEAL TO THE 1ST COURT OF APPEALS AND REQUEST FOR COURT REPORTER'S RECORD

NOW HERE COMES Cecil Adams and Maxine Adams (collectively the "Adams") to file this joint notice of interlocutory appeal to the pursuant to TEX. R. APP. P. ("RULE") 25.1 and Request for Court Reporter's Record. A copy of the Request for the Court Reporters Record is attached to this notice of appeal.

1. This is notice that the Adams seek to appeal two (2) interlocutory orders rendered on March 13, 2015 in the above captioned and styled case as follows:

    a. Order 1: Interlocutory Order Granting a Plea to the Jurisdiction permitted by TEXAS STATUTE CODE 51.014(8).

    b. Order 2: Interlocutory Order Granting an Interpleader Action and denying Adams' Motion to Dismiss permitted by RULE 29.6

2. This interlocutory appeal is an accelerated appeal pursuant to RULE 28.1. This appeal **does not** seek parental termination or child protection case, as defined in RULE 28.4.

Submitted this 2nd day of April 2015.

By: _____
Maxine Adams, PRO SE
5510 South Rice #1206, Houston, TX 77081
713.840.0330

By: _____
Cecil Adams, PRO SE
5510 South Rice #1206 Houston, TX 77081
713.840.0330

## Local Rule Notice of and Assignment of Related Case in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

  X   None

_____
Maxine Adams and Cecil Adams

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above pleading was served by United States Certified Mail, return receipt requested, postage prepaid, and/or by fax and/or by hand delivery and/or electronically through the electronic filing manager and/or by email by upon all persons or counsel at the address(es) below by Maxine Adams on the 2nd day of April 2015:

Vince Ryan, Esq.
Harris County Attorney

Brian A. Quintero, Esq.
Senior Assistant County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
brian.quintero@cao.hctx.net
713.274.5173
713.437.8633 (fax)

**COUNSEL FOR PLAINTIFF/PETITIONER
HARRIS COUNTY, TEXAS ATTORNEYS**

Timothy J. Henderson
6300 West Loop South, Suite 280
Bellaire, Texas 77401-2905
713.667.7878
713.668.5697 (fax)

**COUNSEL FOR REBECCA ROSS**

Jayson Booth, Esq.
3730 Kirby Drive, Suite 777
Houston, Texas 77098
713.333.0377
713.526.1175 (fax)

**COUNSEL FOR KATHLEEN KEESE**

Attorney General of Texas

Daniel T. Hodge
First Assistant Attorney General

David C. Mattax
Deputy Attorney General Defense Litigation

Karen D. Matlock
Assistant Attoney General
Chief, Law Enforcement Defense Division

Christian Cobe Vasquez
Assistant Attorney General

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 (fax)

**COUNSEL FOR CHRISTOPHER PRINE**

12/9/2014 2:03:11 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3431379
By: FULLER, LESLIE G
Filed: 12/9/2014 2:03:11 PM

CAUSE NO. 2014-35653

*P.JURX 11C.*

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS, | § | IN THE DISTRICT COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| MAXINE ADAMS, CECIL ADAMS, | § | |
| REBECCA ROSS, KATHLEEN KEESE, | § | |
| CHRISTOPHER A. PRINE, and | § | |
| STATE OF TEXAS. | § | |
| *Defendants.* | § | 269TH JUDICIAL DISTRICT |

## ORDER OF DISMISSAL

On this day, the Court has considered Defendant Prine's Plea to the Jurisdiction and any

*The Plea is SUSTAINED.*

response thereto. It is

ORDERED that Plaintiffs' claims be **DISMISSED WITH PREJUDICE** for lack of

subject matter jurisdiction. This order operates as a final judgment.

SIGNED this 16th day of March, 2015.

*Maxine and Cecil Adams's cross-claims or counter-claims against Christopher Prine*

_____
PRESIDING JUDGE

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

CAUSE NO. 2014-35653

Pgs-1

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff(s),* | § | SEVRY |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MAXINE ADAMS et al., | § | 269th JUDICIAL DISTRICT |
| | § | |
| *Defendant(s).* | § | |

## ORDER

Cecil and Maxine Adams's Motion to Dismiss Harris County's Interpleader Suit is DENIED. However, the District Clerk is not discharged from liability at this time. Harris County's Motion to Sever is DENIED. Trial is SET for August 17, 2015. A Docket Control Order and Trial Preparation Order will issue.

Signed: March 13, 2015

Hon. Dan Hinde
Judge, 269th District Court

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    APR 22, 2015(C1)
INT6510              CIVIL CASE INTAKE                OPT: _____ - INT
                  GENERAL PARTY INQUIRY               PAGE:  1 -    3

CASE NUM: 201435653__ PJN> __  TRANS NUM: _____ CURRENT COURT: 269 PUB? _
CASE TYPE: OTHER CIVIL                    CASE STATUS: EXPEDITED READY DOCKE
STYLE: HARRIS COUNTY, TEXAS            VS ADAMS, MAXINE
=============================================================================
                     **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
 _    00021-0001 AGT       DANIEL, CHRIS (IN HIS INDIVIDU
 _    00020-0001 DEF 24074047 PRINE, CHRISTOPHER A (IN HIS I   COBE, CHRISTI
 _    00019-0001 DEF       DANIEL, CHRIS (IN HIS INDIVIDU
 _    00018-0001 XPL       ADAMS, CECIL                      PRO-SE
 _    00017-0001 XDF       HARRIS COUNTY, TEXAS
 _    00016-0001 XPL       ADAMS, MAXINE                     PRO-SE
 _    00015-0001 XDF       HARRIS COUNTY, TEXAS
 _    00014-0001 XPL 24068260 KEESE, KATHLEEN                BOOTH, JAYSON

==> (23) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      APR 22, 2015(C1)
INT6510                 CIVIL CASE INTAKE                OPT: _____  -  INT
                     GENERAL PARTY INQUIRY               PAGE:   2  -    3

CASE NUM: 201435653__ PJN> __  TRANS NUM: _____ CURRENT COURT: 269 PUB? _
CASE TYPE: OTHER CIVIL                    CASE STATUS: EXPEDITED READY DOCKE
STYLE: HARRIS COUNTY, TEXAS              VS ADAMS, MAXINE
=============================================================================
                       **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME               PTY    ASSOC. ATTY
  NUM    NUMBER                                           STAT
 _    00013-0002 XDF           HARRIS COUNTY, TEXAS
 _    00013-0001 XDF           HARRIS COUNTY, TEXAS
 _    00012-0001 XPL 09432500 ROSS, REBECCA                     HENDERSON, TI
 _    00007-0002 XPL 09432500 ROSS, REBECCA                     HENDERSON, TI
 _    00022-0001 XDF           DANIEL, CHRIS (IN HIS OFFICIAL
 _    00011-0001 XPL           ADAMS, CECIL                     PRO-SE
 _    00010-0001 XDF           HARRIS COUNTY, TEXAS
 _    00009-0001 XPL           ADAMS, MAXINE                    PRO-SE

==> (23) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
JUC8H (NR4#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      APR 22, 2015(C1)
INT6510                     CIVIL CASE INTAKE               OPT: _____ -  INT
                          GENERAL PARTY INQUIRY            PAGE:  3 -    3

CASE NUM: 201435653__ PJN> __  TRANS NUM: _____ CURRENT COURT: 269 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: EXPEDITED READY DOCKE
STYLE: HARRIS COUNTY, TEXAS            VS ADAMS, MAXINE
=============================================================================
                       **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM    NUMBER                                          STAT
 _    00008-0001 AGT        STATE OF TEXAS BY SERVING GREG
 _    00007-0001 DEF        ROSS, REBECCA
 _    00006-0001 DEF        STATE OF TEXAS
 _    00004-0001 DEF        KEESE, KATHLEEN
 _    00003-0001 DEF        ADAMS, CECIL                       PRO-SE
 _    00002-0001 DEF        ADAMS, MAXINE
 _    00001-0001 PLT 07601700 HARRIS COUNTY, TEXAS             GAMBILL, F. C


==> (23) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```